In the Matter of Winthrop Taylor, Appellant, against Board of Zoning Appeals of the Town of Smithtown et al., Respondents.

Submitted October 3, 1955; decided October 13, 1955.

*Jackson A. Dykman* and *Harold A. Meriam* for motion.
*George L. Hubbell, Jr.,* and *Edward J. Walsh, Jr.,* opposed.

Motion for leave to appeal denied upon the ground that it was not made within the statutory time.